IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **BOBBY HAYES AND** § <br> **THARASA TAYLOR-HAYES,** § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> **EK REAL ESTATE SERVICES OF NY,** § <br> **LLC, ET AL.,** § <br> *Defendants.* § | **CIVIL ACTION NO. 3:21-CV-02901-S** |

## REQUEST FOR ENTRY OF DEFAULT

**To:  Clerk of Court**

Plaintiffs Bobby Hayes and Tharasa Taylor-Hayes ("Plaintiffs") hereby request the entry of default pursuant to Federal Rule of Civil Procedure 55(a) against **Defendants EK Real Estate Services of NY, LLC** ("EK Real Estate"), **EasyKnock, Inc.** ("EasyKnock"), and **LendingOne, LLC** ("LendingOne," together with EK Real Estate and EasyKnock, "Defendants") for failure to plead or otherwise defend *Plaintiffs' Original Complaint* filed on November 18, 2021 [Dkt. 1].

As shown by the attached Declaration of Robin Ziek and the Waivers of Service for EasyKnock [Dkt. 3], EK Real Estate [Dkt. 4], and LendingOne [Dkt. 5], each of the Defendants was duly served on November 18, 2021; their answers or other responsive pleadings to Plaintiffs' Original Complaint were originally due no later than January 17, 2022, 60 days after service via the waivers of service, *see* [Dkt. Nos. 3-5]; this Court granted Defendants' request for an extension of their original answer deadline until February 16, 2022 [Dkt. 14]; each Defendant's time for filing an answer or other responsive pleading has expired; to date, none of the Defendants has filed or served an answer or other responsive pleading; and no further extension of the deadline to serve an answer or other responsive pleading has been given to any of the Defendants.

Although Defendants did not timely file an answer or other responsive pleading to Plaintiffs' Original Complaint in advance of their February 16, 2022, answer deadline, on the 89th day after being served, February 15, 2022, Defendants filed a motion to abate the lawsuit, *see* [Dkt. 26]. Prior to that same answer deadline, Defendants also filed notices of appearance of counsel on their behalf. *See* [Dkt. Nos. 6-7, Notices of Appearance for LendingOne]; [Dkt. Nos. 8-12, and 20, Notices of Appearance for EK Real Estate and EasyKnock]. On March 4, 2022, the Court granted Defendants' abatement motion and abated all pending case deadlines and deadlines under the Federal Rules of Civil Procedure until April 24, 2022 [Dkt. 36].

Until the abatement was granted on March 4, 2022, 106 days had passed since Defendants were served with *Plaintiffs' Original Complaint* and waived service as of November 18, 2021. Although the Court abated the lawsuit and all deadlines between March 4, 2022 and April 24, 2022, Defendants' February 16, 2022 deadline to answer or otherwise file a responsive pleading to the lawsuit was never further extended by the Court, nor have Plaintiffs agreed to any further extension of the answer deadline. Not including the 51 days during which this case was abated by the Court (between March 4 and April 24), as of the date of this request, it has been 107 days since Defendants were served with *Plaintiffs' Original Complaint* and waived service. None of Defendants' pre-February 16, 2022 answer deadline filings constitute a pleading or other defense of *Plaintiffs' Original Complaint* in satisfaction of Defendants' obligations under Rule 55(a) of the Federal Rules of Civil Procedure; thus, Defendants are in default.

Under Rule 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Federal courts define the term "plead" in Rule 55(a) to mean filing an answer, and the term "otherwise defend" in Rule 55(a) to mean

filing a motion under Rule 12 of the Federal Rules of Civil Procedure challenging such matters as service, venue, or the sufficiency of a pleading. *See Mir v. State Farm Mut. Auto. Ins. Co.*, No. 18-cv-1315, 2019 U.S. Dist. LEXIS 43471, at *3-4 (C.D. Ill. 2019) (citing Wright, Miller & Kane, 10A Federal Practice and Procedure § 2682, at 16-17 (3d ed. 1998)).

Defendants' notices of appearance do not satisfy their duty to plead or otherwise defend *Plaintiffs' Original Complaint* in order to avoid entry of default under Rule 55(a). *See Breuer Elec. Mfg. Co. V. Toronado Systems of America*, 687 F.2d 182, 184 (7th Cir. 1982) (affirming default entered after party's appearance explaining that defendants were required by Fed. R. Civ. P. 12(a) to timely file an answer or one of the responsive motions permitted under Fed. R. Civ. P. 12 to avoid default). *Defendants' Verified Motion to Abate* also does not satisfy Defendants' duty to plead or otherwise defend *Plaintiffs' Original Complaint* to avoid entry of default under Rule 55(a) because it, too, is not an answer or Rule 12 pleading challenging service, venue, or the sufficiency of the complaint. *See id.*

For these reasons, Defendants have failed to timely plead or otherwise defend *Plaintiffs' Original Complaint*, and the Clerk is respectfully requested to enter a default against **Defendants EK Real Estate Services of NY, LLC**, **EasyKnock, Inc.**, and **LendingOne, LLC**.

Dated this 25th day of April, 2022.

Respectfully submitted,

| | |
|---|---|
| Attorney at Law | POGACH PLLC |
| By: */s/ Robin M. Ziek* | By: */s/ Adam D. Pogach* |
| Robin M. Ziek | Adam D. Pogach |
| State Bar No.: 22262575 | State Bar. No.: 24048734 |
| 24 Greenway Plaza, Suite 2050 | 24 Greenway Plaza, Suite 2050 |
| Houston, Texas 77046 | Houston, Texas 77046 |
| Telephone: (713) 222-8030 | Telephone: (713) 524-5400 |
| Facsimile: (832) 565-9011 | Facsimile: (713) 524-5401 |

| | |
|---|---|
| rziek@sbcglobal.net | adam@lawdifferent.com |
| **FELDMAN & FELDMAN, P.C.** | **WEYCER, KAPLAN, PULASKI & ZUBER, P.C.** |
| By: */s/ Cris Feldman* | By: */s/ Jeff Carruth* |
| Cris Feldman | Jeff Carruth |
| State Bar No.: 24012613 | State Bar. No.: 24001846 |
| Derek D. Bauman | 3030 Matlock Rd., Suite 201 |
| State Bar No.: 24044475 | Arlington, Texas 76015 |
| 3355 W. Alabama St, 1220 | Telephone: (713) 341-1158 |
| Houston, Texas 77098 | Facsimile: (866) 666-5322 |
| Telephone: (713) 986-9471 | jcarruth@wkpz.com |
| Facsimile: (713) 986-9472 | |
| cris.feldman@feldman.law | |
| derek.bauman@feldman.law | |

**ATTORNEYS FOR PLAINTIFFS DAVID BRUCE AND SANDRA BRUCE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of April, 2022, she caused a true and correct copy of the foregoing document to be filed via the Court's CM/ECF system, which will send a copy of the same to all counsel of record.

/s/ Robin Ziek
Robin Ziek