**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **BOBBY HAYES AND** § <br> **THARASA TAYLOR-HAYES,** § <br> *Plaintiffs,* § <br> § <br> **v.** § <br> § <br> **EK REAL ESTATE SERVICES OF NY,** § <br> **LLC, ET AL.,** § <br> *Defendants.* § | **CIVIL ACTION NO. 3:21-CV-02901-S** |

**ENTRY OF DEFAULT**

It appears upon the record that the following Defendants failed to timely plead or otherwise defend this action as required by Federal Rule of Civil Procedure 12(a)(1):

**EK Real Estate Services of NY, LLC**, **EasyKnock, Inc.**, and **LendingOne, LLC**.

THEREFORE, default is entered against Defendants EK Real Estate Services of NY, LLC, EasyKnock, Inc., and LendingOne, LLC pursuant to Federal Rule of Civil Procedure 55(a).

DATE: April __, 2022.

                                                      Clerk of the United States District Court
                                                      Northern District of Texas

                                                      By: _____
                                                              Deputy Clerk of Court